## 3293.  BRISCOE *v.* THE STATE.

POWELL, J.   The case is controlled by *Allen* v. *State,* 5 *Ga. App.* 237 (62 S. E. 1003), and cases there cited, *Moses* v. *State,* 6 *Ga. App.* 251 (64 S. E. 699), and *Hutchinson* v. *State,* 8 *Ga. App.* 684 (70 S. E. 352).

*Judgment reversed.*

DECIDED APRIL 24, 1911.

Error from city court of Jeffersonville—Judge Shannon. February 17, 1911.

*M. J. Carswell,* for plaintiff in error.

*H. F. Griffin Jr., solicitor,* contra.